CHIEF JUSTICE
ROGELIO VALDEZ

JUSTICES
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

CLERK
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 02, 2015

Hon. Charles Walker Bailey
1108 Lavaca St Ste 700
Austin, TX 78701-2180

Hon. Dolores A. Hibbs
1700 N. Congress
11th Floor
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Cynthia Woelk
Assistant Attorney General
Environmental Protection Division MC 066
P. O. Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Hon. Priscilla M. Hubenak
Assistant Attorney General
Environmental Protection Division - MC 066
P. O. Box 12548
Austin, TX 78711-2548
* DELIVERED VIA E-MAIL *

Hon. Douglas G. Caroom
Bickerstaff, Heath, Delgado, Acosta, LLP
3711 S. Mopac, Bldg. 1, Ste. 300
Austin, TX 78746
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00415-CV
Tr.Ct.No.  D-1-GN-12-003937
Style:   TEXAS COMMISSION ON ENVIRONMENTAL QUALITY v. TEXAS FARM BUREAU, FRANK VOLLEMAN, FRANK DESTEFANO, DAVID AND MARY BALLEW, RON AND SHERIE BURNETTE, SAM JONES, THEODORE AND MARY KALLUS, GLEN MARECEK, JOHN GAULDING, AND CHARLES AND KATHERINE HARLESS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   53rd District Court
      Hon. Amalia Rodriguez-Mendoza, Travis County District Clerk (DELIVERED VIA E-MAIL)
      Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial Region (DELIVERED VIA E-MAIL)